FNT JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMIE A. LANG (Cal. Bar No. 253769)
Assistant United States Attorney
    General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2652
    Facsimile: (213) 894-0141
    E-mail: jamie.lang@usdoj.gov

Attorneys for Complainant
United States of America

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF

OLIVIER CHAPPUIS,
    aka "Omar Chappuis,"

A Fugitive from the
Government of Switzerland.

Case No. CV 14-2266-JVS(AJW)

[PROPOSED] CERTIFICATION OF
EXTRADITABILITY AND ORDER OF
COMMITMENT

[18 U.S.C. § 3184]

The Court has received the Complaint filed on February 12,
2014, by Jamie A. Lang, Assistant United States Attorney for the
Central District of California, for and on behalf of the
Government of Switzerland, pursuant to that Government's request
for the provisional arrest of OLIVIER CHAPPUIS, also known as
"Omar Chappuis." The Government of Switzerland, subsequent to
that date, made a formal request for the extradition of OLIVIER
CHAPPUIS, also known as "Omar Chappuis." The Court has also
received a Stipulation to Simplified Extradition executed by

1

1  OLIVIER CHAPPUIS, also known as "Omar Chappuis," Deputy Federal

2  Public Defender Neha Mehta, and Assistant United States Attorney

3  Jamie A. Lang.

4       The fugitive, OLIVIER CHAPPUIS, also known as "Omar

5  Chappuis," (hereinafter "the fugitive"), having appeared before

6  the undersigned judicial officer, represented by counsel, on

7  April 24 , 2014, and having entered into the foregoing

8  stipulation,

9       THE COURT HEREBY FINDS as follows:

10      1.   The fugitive's stipulation to the elements of

11  extradition is intelligent and voluntary.

12      2.   The fugitive is wanted by Swiss authorities to serve

13  his sentence in case number P/14415/1999 for committing the

14  following offenses, of which he was convicted in a jury trial

15  held before the Criminal Court of Geneva, Switzerland:

16  (1) Misappropriation (Breach of Trust), in violation of Article

17  138 of the Swiss Criminal Code, which carries a maximum penalty

18  of five years imprisonment, or ten years imprisonment with the

19  aggravating circumstance of being a professional fund manager;

20  (2) Failure to Comply with Accounting Regulations, in violation

21  of Article 325 of the Swiss Criminal Code, which carries a

22  maximum penalty of a fine; (3) Retaining Social Security

23  Deductions, in violation of Articles 87 and 89 of the Swiss

24  Federal Law on Retirement Insurance, misdemeanor offenses

25  pursuant to which one is liable to a monetary penalty up to 180

26  daily penalty units; (4) Fraud, in violation of Article 146 of

27  the Swiss Criminal Code, which carries a maximum penalty of five

28  years imprisonment, or ten years imprisonment if the offender

1   acts for commercial gain; and (5) Counterfeiting Money, in

2   violation of Article 240 of the Swiss Criminal Code, which

3   carries a mandatory-minimum penalty of one year imprisonment, or

4   a maximum penalty of three years in particularly minor cases.

5   An Order to Incarcerate was issued for the fugitive's arrest on

6   August 17, 2010, by the Office for the Execution of Penalties

7   and Measures in Geneva, Switzerland.

8          3.   All of the elements of extradition are met,

9   specifically:

10              a.   The undersigned judicial officer, United States

11  Magistrate Judge Andrew J. Wistrich, and the court on which that

12  judicial officer sits, have jurisdiction to conduct extradition

13  proceedings.

14              b.   The undersigned judicial officer, United States

15  Magistrate Judge Andrew J. Wistrich, and the court on which that

16  judicial officer sits, have jurisdiction over the fugitive.

17              c.   An extradition treaty is in force between the

18  United States of America and Switzerland.

19              d.   The fugitive is sought for offenses for which the

20  applicable treaty permits extradition.

21              e.   The fugitive is the subject of the Order to

22  Incarcerate that was issued for the arrest of OLIVIER CHAPPUIS,

23  also known as "Omar Chappuis," on August 17, 2010, by the Office

24  for the Execution of Penalties and Measures in Geneva,

25  Switzerland, for OLIVIER CHAPPUIS, also known as "Omar

26  Chappuis," to serve his sentence in case number P/14415/1999,

27  and there is probable cause to believe that OLIVIER CHAPPUIS,

28

1  also known as "Omar Chappuis," is guilty of the offenses alleged

2  in that Order to Incarcerate.

3      4.   There are no facts that bar the extradition of the

4  fugitive under the extradition treaty between the United States

5  and Switzerland.

6      Based on the foregoing findings, the undersigned judicial

7  officer concludes that OLIVIER CHAPPUIS, also known as "Omar

8  Chappuis," is extraditable for each offense for which

9  extradition was requested, and certifies this finding to the

10  Secretary of State as required under Title 18, United States

11  Code, Section 3184.

12      IT IS THEREFORE ORDERED that the Clerk of the Court deliver

13  to the Assistant United States Attorney a certified copy of this

14  Certification of Extraditability and the executed Stipulation to

15  Simplified Extradition and, further, that the Clerk forward

16  certified copies of the same to the United States Secretary of

17  State (to the attention of the Legal Adviser) and the Director,

18  Office of International Affairs, Criminal Division, U.S.

19  Department of Justice, in Washington, D.C., for the appropriate

20  disposition.

21      IT IS FURTHER ORDERED that OLIVIER CHAPPUIS, also known as

22  "Omar Chappuis," be committed to the custody of the United

23  States Marshal pending final disposition of this matter by the

24  United States Secretary of State and arrival of agents of the

25  requesting state, at which time OLIVIER CHAPPUIS, also known as

26  "Omar Chappuis," will be transferred to the custody of the

27  agents of the requesting state at such time and place as

28  mutually agreed upon by the United States Marshal and the duly

4

1  authorized representatives of the Government of Switzerland to

2  be transported to Switzerland.

3       IT IS SO FOUND AND ORDERED this **24** day of April, 2014.

4

5

6                                   HON. ANDREW J. WISTRICH

7                                   United States Magistrate Judge

8  Presented by:

9       /s/
   JAMIE A. LANG
10 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28